# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DONALD OTIS HARTLEY, JR., | ) |
| Petitioner, | ) |
| v. | ) 2:06-cv-04814-JHH-JEO |
| WARDEN STEVE BULLARD and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On December 4, 2006, the petitioner filed a form application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with this court. He challenges the validity of his conviction on December 1, 1994, of theft of property. In accordance with the usual practices of this court, the petition was referred to a magistrate judge for a preliminary review and recommendation.

On December 28, 2006, the petitioner moved to dismiss his petition to exhaust his state remedies. (Doc. 8). Upon consideration, the court finds that the petitioner's motion to dismiss is due to be granted and this matter dismissed without prejudice.

**DONE** this the ___4th___ day of January, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE